UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> _____ ) | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH <br><br> <u>**JURY TRIAL DEMANDED**</u> |

**THIS DOCUMENT RELATES TO:**

WALTER WHITE

CIVIL ACTION NO.:_____

**SHORT FORM COMPLAINT**

1. Plaintiff incorporates by reference the Plaintiffs' Joint Complaint filed in *In Re Xarelto Products Liability,* MDL 2592 (E.D. La.) pursuant to Pretrial Order No. 12. The following *Short Form Complaint* is utilized in the above-captioned action.

2. Individual Plaintiff, Walter White, is identified more fully in Paragraph 17 of the Plaintiffs' Joint Complaint and all allegations set forth in the Plaintiffs' Joint Complaint are adopted herein by reference and are applicable to the Individual Plaintiff.

3. Individual Plaintiff herein resides at 128 South Longview Road, Fountain Hill, Arkansas, 71642.

4. Attached as Attachment 1 is the Severance Order issued by the Court for the Individual plaintiff.

5. Attached as Attachment 2 is the Joint Complaint listing within the Individual plaintiff.

Dated: August 14, 2015  

                    s/Andy D. Birchfield, Jr.
Andy D. Birchfield, Jr.
C. Gibson Vance
David B. Byrne, III
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343
(334) 954-7555 (facsimile)
Andy.Birchfield@BeasleyAllen.com
Gibson.Vance@BeasleyAllen.com
David.Byrne@BeasleyAllen.com

*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2015, a copy of the above and foregoing Short Form Complaint has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                    s/Andy D. Birchfield, Jr.
Andy D. Birchfield, Jr.
C. Gibson Vance
David B. Byrne, III
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, Alabama 36104
(334) 269-2343
(334) 954-7555 (facsimile)
Andy.Birchfield@BeasleyAllen.com
Gibson.Vance@BeasleyAllen.com
David.Byrne@BeasleyAllen.com

*Attorneys for Plaintiff*

2